UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PHARMA RESOURCES GMBH,

                Petitioner,                              21 **CIVIL** 7240 (AKH)

       -against-                                    **JUDGMENT**

ONCOGENERIX COMPANY LIMITED,
                Respondent.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 7, 2022, it therefore follows that this Court has original jurisdiction over this dispute under Section 203, satisfying the independent jurisdictional basis required under Section 4. Because Respondent offers no other reasons to deny-and indeed, admits all of the factual allegations in support of granting-the Petition, the Court must enter an order "directing the parties to proceed to arbitration in accordance with the terms of the agreement." 9 U.S.C. § 4. Petitioner specifically requests an order compelling Respondent to appear and participate in proceedings before the AAA. Pet. Paragraph 30. The Agreement itself does not specify that the parties must arbitrate before the AAA, so such an order ordinarily would not be "in accordance with the terms of the agreement." However, because Respondent does not dispute (i.e., admits) that Petitioner is "entitled to an[] Order compelling and directing [Respondent] to appear and participate in an arbitration proceeding before the AAA in New York, New York[,]" Pet. Paragraph 30; Decl. Paragraph 3, the Court has granted Petitioner's motion to compel arbitration and orders Respondent to appear and participate in a proceeding before the AAA; accordingly, the case is closed.

**Dated**: New York, New York
         June 7, 2022

                                                                                 **RUBY J. KRAJICK**

                                                                                 **Clerk of Court**
                                      **BY:**        *K. Mango*

                                                                                 **Deputy Clerk**